## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Guerrero Zarate, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Summit Demolition LLC, et al.,<br><br>      Defendants. | No. 25-cv-2506 |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed, by and between all parties and their respective counsel, that the above-captioned action is voluntarily dismissed against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) and Local Rule of Civil Procedure 41.1(b).

Respectfully submitted,

Dated: January 12, 2026

*/s/ Samuel H. Datlof*
Ryan Allen Hancock (PA ID No. 92590)
Samuel H. Datlof (PA ID No. 324716)
**WILLIG, WILLIAMS & DAVIDSON**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 656-3613
rhancock@wwdlaw.com
sdatlof@wwdlaw.com

*Attorneys for Plaintiffs*

*/s/ Abigail T. Burton*
Samuel W. Silver (PA ID No. 56596)
Abigail T. Burton (PA ID No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street

Philadelphia, PA 19106
ssilver@welshrecker.com
aburton@welshrecker.com
(267) 764-5492; 5498

*Attorneys for Defendant Mike Keenan*


/s/ Andrew R. Stoll
Colin D. Dougherty
Andrew R. Stoll
**FOX ROTHSCHILD LLP**
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone: (610) 397-6500
Fax: (610) 397-0450
cdougherty@foxrothschild.com
astoll@foxrothschild.com

*Attorneys for Defendants Summit Demolition LLC and Chuck Beaudet*

## **CERTIFICATE OF SERVICE**

  I, Samuel H. Datlof, hereby certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania using the ECF system, and the filing is available for viewing and download from the ECF system, and a true and correct copy was served via ECF on all counsel of record registered with the ECF system.


Dated: January 12, 2026                */s/ Samuel H. Datlof*
                                  Samuel H. Datlof