## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JUAN GUILLERMO GUERRERO            :        CIVIL ACTION
ZARATE, et al.


         vs.                              :        NO. 25-2506


SUMMIT DEMOLITION LLC              :
*doing business as*
SUMMIT DEMOLITION
CONTRACTORS, LLC., et al.

## ORDER

     **AND NOW, TO WIT:** This 14th day of January, 2026, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                              **GEORGE WYLESOL**, Clerk of Court


                              **BY:** */s/ Katie Rolon*
                                  Katie Rolon, Deputy Clerk
                                  To the Honorable Gerald J. Pappert


Copies E-Mailed on 1/14/26 to:
  Ryan Allen Hancock, Esq.
  Samuel H. Datlof, Esq.
  Andrew R. Stoll, Esq.
  Colin David Dougherty, Esq.
  Abigail Burton, Esq
  Samuel W. Silver, Esq.


Civ 2 (7/83)

41.1(b)